AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

FILED 22 DEC '22 16:31 USDC-ORP

ORIGINAL

U.S. MARSHALS SERVICE
DEC 22 '22 11:52AM

United States of America
v.
Sean Keone Elsenbach

)
)
) Case No. 3:22-mj-00222
)
)
)
)

Defendant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Sean Keone Elsenbach,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1), (b)(1)(C), Distribution of Fentanyl
21 U.S.C. § 841(a)(1), (b)(1)(C), Possession with Intent to Distribute Fentanyl

Date:   12/22/2022

*Issuing officer's signature*

City and state:   Portland, Oregon       Hon. Stacie F. Beckerman, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

DATE   12/22/2022
ARRESTED BY   HSI

U.S. MARSHAL

BY E. CATER

*Arresting officer's signature*

*Printed name and title*