FILED 04 JAN '23 13:35 USDC-ORP

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:23-cr-00001-HZ |
| v. | INDICTMENT |
| SEAN KEONE ELSENBACH, | 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| Defendant. | Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Distribution of Fentanyl)**
**(21 U.S.C. § 841(a)(1), (b)(1)(C))**

On or about November 28, 2022, in the District of Oregon, the defendant, **SEAN KEONE ELSENBACH**, did unlawfully and knowingly distribute a mixture or substance containing a detectable amount of N-phenyl-N- [1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide (fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

**COUNT 2**
**(Possession with Intent to Distribute Fentanyl)**
**(21 U.S.C. § 841(a)(1), (b)(1)(C))**

On or about December 21, 2022, in the District of Oregon, the defendant, **SEAN KEONE ELSENBACH**, did unlawfully and knowingly possess with intent to distribute a

mixture or substance containing a detectable amount of N-phenyl-N- [1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide (fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

### FORFEITURE ALLEGATION

Upon conviction of any of the offenses set forth in Count One or Count Two of this indictment, the defendant, **SEAN KEONE ELSENBACH**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from any proceeds obtained, directly or indirectly, as a result of the aforesaid violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation alleged in the offense set forth in Count One or Count Two of this indictment.

Dated: January 4, 2023

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:
NATALIE K. WIGHT
United States Attorney

CASSADY A. ADAMS, CO Bar #48807
Assistant United States Attorney